**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-01298-ZLW

BRIAN P. CALCARI,

    Applicant,

v.

JOE ORTIZ, Executive Director, and
COLORADO ATTORNEY GENERAL,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Applicant's Motion for Status Report (Doc. No. 19), filed on December 15, 2011.  The motion is granted.  Applicant is advised that his case and pending motions are under consideration by the Court.

Dated:  January 17, 2012

---