**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-01298-ZLW

BRIAN P. CALCARI,

    Applicant,

v.

JOE ORTIZ, Executive Director, and
COLORADO ATTORNEY GENERAL,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Applicant's "Motion to Hold Notice of Appeal in Abeyance (Fed. R. App. P. 4(a)(2) Until Civil Action No. 00-cv-00350-RPM Issues Final Order and Judgment and Motion for Extension of Time to File Notice of Appeal (F.R.App.P.4(a)(5)" (ECF No. 27), filed on March 8, 2012. Applicant appears to have filed the motion in the instant action because he wants to consolidate the appeals in No. 00-cv-00350-RPM and the instant action. However, on March 14, 2012, the Tenth Circuit dismissed the appeal in No. 00-cv-00350-RPM as out of time. (ECF No. 53 in No. 00-cv-00350-RPM). The appeal in the instant action remains pending.

    In any event, this Court lacks authority to hold an appeal in abeyance. The motion is DENIED.

Dated: March 16, 2012